479 A.2d 1096

Commonwealth v. Cathcart, Appellant.

Submitted March 23, 1984. John H. Corbett, Jr., Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Judgment of sentence vacated and case remanded for a new trial.